SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Martha Lorentzen<br>                    Complainant,<br><br>         vs.<br><br>Pete Buttigieg, Secretary, Department of<br>Transportation, Federal Aviation<br>Administration, a Federal Agency; Lana<br>Boler, Office Manager of Reno FSDO and<br>employment decision maker in regards to<br>Plaintiff, in her own capacity;  and DOES, I<br>through 100, inclusive,<br><br>                    Defendants | Case No. 3:24-cv-00453-MMD-CLB<br><br>**ORDER GRANTING<br>STIPULATION TO AMEND<br>COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a), Martha Lorentzen ("Plaintiff"),
through her counsel, and Federal Defendants, through undersigned counsel, hereby
stipulate and agree as follows:

1. Plaintiff filed this employment discrimination action on October 2, 2024 (ECF 1).

2. Plaintiff has agreed to amend her complaint to eliminate individually named
   federal employee Lana Boler ("Boler") as a defendant in this action.

3. Plaintiff shall file her amended complaint eliminating Boler as a named
   defendant no later than February 14, 2025.

4. Federal Defendants agree to accept service of the amended complaint by email
   from Plaintiff's counsel.

5.  Federal Defendants shall have through March 6, 2025, to file a response to the amended complaint.

Therefore, the parties request that the Court enter an order that:

1.  Plaintiff file an amended complaint no later than February 14, 2025, eliminating Boler as a named defendant in this action.

2.  Federal Defendant shall accept service of the amended complaint by email from Plaintiff's counsel.

3.  Federal Defendant shall have through March 6, 2025, to respond to Plaintiffs' amended complaint.

Respectfully submitted this 3rd day of February 2025.

AMENS LAW, Ltd.

Debra M. Amens, Esq.
Nevada Bar No. 12681
P.O. Box 488
Battle Mountain, NV 89820

*Attorney for Plaintiff*

SUE FAHAMI
Acting United States Attorney


*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for Federal Defendants*


**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** _____February 4, 2025_____