SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Martha Lorentzen,<br><br>　　　　Complainant,<br><br>vs.<br><br>Pete Buttigieg, Secretary, Department of Transportation, Federal Aviation Administration, a Federal Agency; and DOES, I through 100, inclusive,<br><br>　　　　Defendants | Case No. 3:24-cv-00453-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Martha Lorentzen, and the United States of America, on behalf of federal defendants ("United States"), hereby stipulate and agree as follows:

1. Plaintiff filed this employment discrimination action on October 2, 2024 (ECF 1).

2. Plaintiff filed her amended complaint eliminating an individually named defendant on February 14, 2025 (ECF No. 12).

3. The current deadline for the United States to respond to the amended complaint is March 6, 2025 (ECF No. 11).

4. Plaintiff and the United States, through undersigned counsel, agree and stipulate that the United States' time to respond to Plaintiff's Amended Complaint shall be extended through March 20, 2025.

5. The extension of time is necessary because counsel for the United States has been out of the office on sick leave such that she needs more time to review information obtained from the agency and draft a response.

Therefore, the parties request that the Court extend the deadline for the United States to respond to Plaintiff's complaint through March 20, 2025.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 5th day of March 2025.

| | |
|---|---|
| AMENS LAW, Ltd. | SUE FAHAMI<br>Acting United States Attorney |
| /s/ Debra M. Amens<br>Debra M. Amens, Esq.<br>Nevada Bar No. 12681<br>P.O. Box 488<br>Battle Mountain, NV 89820<br><br>*Attorney for Plaintiff* | /s/ Karissa D. Neff<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 6, 2025

2