# UNITED STATES DISTRICT COURT

### FOR THE

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA LORENTZEN<br>　　　　Complainant,<br>　vs.<br><br>Pete Buttigieg, Secretary,<br>DEPARTMENT OF TRANSPORTATION,<br>FEDERAL AVIATION ADMINISTRATION<br>Agency,<br><br>　　　　Defendant. | CASE NO.  3:24-CV-00453-MMD-CLB<br><br>**ORDER GRANTING**<br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONTO MOTION TO DISMISS** |

**(First Request)**
**Information**

Complainant, MARTHA LORENTZEN, and Defendant, PETE BUTTIGIEG, former Secretary, DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, by and through their respective counsel, hereby stipulate to and respectfully request that the court extend the deadline to file Opposition to Motion to Dismiss by two (2) weeks up to and including April 18, 2025.

This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Submitted on the 2nd day of April, 2025.

　　　　　　　　　　　　　　　　　　　　AMENS LAW, LTD.

　　　　　　　　　　　　　　　　　　　　By: /s/ Debra M. Amens_____
　　　　　　　　　　　　　　　　　　　　DEBRA M. AMENS, ESQ.
　　　　　　　　　　　　　　　　　　　　*Attorney for Complainant*

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION - 1

By: */s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED: April 3, 2025

_____
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION - 2