SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Martha Lorentzen,<br><br>    Complainant,<br><br>vs.<br><br>Pete Buttigieg, Secretary, Department of Transportation, Federal Aviation Administration, a Federal Agency; and DOES, I through 100, inclusive,<br><br>    Defendants | Case No. 3:24-cv-00453-MMD-CLB<br><br>**Order Granting Stipulation to Extend United States' Deadline to File Reply in Support of its Motion to Dismiss**<br><br>**(FIRST REQUEST)** |

Plaintiff, Martha Lorentzen, and the United States of America, on behalf of federal defendants ("United States"), hereby stipulate and agree as follows:

1. Federal Defendants filed its Motion to Dismiss on March 20, 2025. (ECF No. 15)

2. Plaintiff filed their Opposition to Motion to Dismiss on April 21, 2025. (ECF No. 21).

3. The current deadline for the United States to reply to the Motion to Dismiss is April 28, 2025. (ECF No. 21).

4. The extension of time is necessary for United States' counsel to accommodate her workload on other cases and allow adequate time to prepare a thorough and complete reply in support of their Motion to Dismiss.

Therefore, the parties request that the Court extend United States' Reply in Support of their Motion to Dismiss through May 8, 2025.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 25th day of April 2025.

| | |
|---|---|
| AMENS LAW, Ltd. | SIGAL CHATTAH<br>United States Attorney |
| */s/ Debra M. Amens, Esq.*<br>DEBRA M. AMENS, ESQ.<br>Nevada Bar No. 12681<br>P.O. Box 488<br>Battle Mountain, NV 89820<br><br>*Attorney for Plaintiff* | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 25, 2025