SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Martha Lorentzen,<br><br>　　　　Complainant,<br><br>vs.<br><br>Pete Buttigieg, Secretary, Department of Transportation, Federal Aviation Administration, a Federal Agency; and DOES, I through 100, inclusive,<br><br>　　　　Defendants | Case No. 3:24-cv-00453-MMD-CLB<br><br>**Order Granting Stipulation to Extend United States' Deadline to File Reply in Support of its Motion to Dismiss**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff, Martha Lorentzen, and the United States of America, on behalf of federal defendants ("Federal Defendants"), hereby stipulate and agree as follows:

　　　　1.　　Federal Defendants filed its Motion to Dismiss on March 20, 2025. (ECF No. 15)

　　　　2.　　Plaintiff filed their Opposition to Federal Defendants' Motion to Dismiss on April 21, 2025. (ECF No. 21).

　　　　3.　　The deadline for the Federal Defendants to file their Reply in support of their Motion to Dismiss was initially April 28, 2025. (ECF No. 21).

　　　　4.　　Pursuant to a stipulation and order entered by this Court, the deadline for Federal Defendants to file their Reply in Support of its Motion to Dismiss was continued through May 8, 2025 (ECF No. 23).

5. The parties now stipulate and agree that the Federal Defendants shall have through May 15, 2025, to file its Reply in Support of its Motion to Dismiss.

6. The extension of time is necessary for United States' counsel to accommodate her workload on other cases and allow adequate time to prepare a thorough and complete reply in support of their Motion to Dismiss.

Therefore, the parties request that the Court extend United States' Reply in Support of their Motion to Dismiss through May 15, 2025.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 7th day of May 2025.

| | |
|---|---|
| AMENS LAW, Ltd. | SIGAL CHATTAH<br>United States Attorney |
| */s/ Debra M. Amens, Esq.*<br>DEBRA M. AMENS, ESQ.<br>Nevada Bar No. 12681<br>P.O. Box 488<br>Battle Mountain, NV 89820 | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for Federal Defendants* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: May 8, 2025**