TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Martha Lorentzen, | Case No. 3:24-cv-00453-MMD-CLB |
| Plaintiff, | **Notice of Appearance** |
| v. | |
| Sean P. Duffy, Secretary, Department of Transportation, Federal Aviation Administration, a Federal Agency; and DOES, I through 100, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE the appearance of Assistant United States Attorney Marilyn E. Gartley as lead counsel for the Federal Defendants.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this matter.

Respectfully submitted this 19th day of February 2026.

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney